**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6901**

DAVID W. WILLIAMS,

            Plaintiff – Appellant,

      v.

WORKMAN, Captain, Watch Commander; TERRIANGI, Warden; MILLS,
Corrections Officer; MILLVILE, Corrections Officer; HADEN,
Hearings  Officer;  FLOYD,  Investigator;  IGBOGNAGWAN,
Therapeutic Counselor; MYERS, D.O.C. Counselor; C/O WOODSON,

            Defendants – Appellees,

      and

DEPARTMENT OF CORRECTIONS; INDIAN CREEK CORRECTIONAL CENTER,

            Defendants.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:09-cv-00283-GBL-TRJ)

Submitted:  February 22, 2011      Decided:  March 18, 2011

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David W. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Williams v. Workman</u>, No. 1:09-cv-00283-GBL-TRJ (E.D. Va. filed May 20, 2010; entered May 21, 2010). We deny Williams's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>